# SUBPOENA

**MATRIXX INITIATIVES INC**
  Plaintiff

  vs.

Case No: **19087-M**

**STEVEN EDWARD DICK, ET AL**
  Defendant

To: **TIMOTHY M MULLIGAN**
**FORENSIC ADVISORS INC**
**8101 CONNECTICUT AVENUE #N109**
**CHEVY CHASE MD 20815**

You are hereby commanded to personally appear and **[X]** produce the following:
  SEE ATTACHMENT

At  CAPITOL PROCESS SERVICES
    9892 HOLLOW GLEN PLACE, SILVER SPRING, MD 20910-1138

On  **Friday**, the **22nd** day of **October, 2004** at **10:00 A.M.**.



DATE ISSUED: **August 26, 2004**

*Molly Q. Ruhl*
MOLLY Q. RUHL, CLERK
of the Circuit Court for
Montgomery County, Maryland
50 Maryland Avenue
Rockville, MD 20850-2393

This subpoena was requested by PLAINTIFF , and any questions should be referred to:
  GEOFFREY S. KERCSMAR, ESQUIRE
  SNELL & WILMER, LLP
  1 ARIZONIA CENTER
  PHOENIX, AZ 85004-0001
  602) 382-6000

## NOTICE

(1) **You are liable to body attachment and fine for failure to obey this subpoena.**
(2) **This subpoena shall remain in effect until you are granted leave to depart by the Court, or by an officer acting on behalf of the Court.**
(3) **If this subpoena is for attendance at a deposition in a civil case, and the party served is an organization, notice is hereby given that the organization must designate a person to testify.**

### Sheriff's Return

[ ] Served on the date indicated below

[ ] Unserved, by reason of _____

Date: _____
                          Sheriff

EXHIBIT __3__

(Service Copy)

Kevin J. Parker (#010408)
Geoffrey S. Kercsmar (#020528)
Scott A. Schwartz (#022685)
SNELL & WILMER L.L.P.
One Arizona Center
Phoenix, Arizona 85004-2202
(602) 382-6238
Attorneys for Plaintiff

**ORIGINAL**

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATRIXX INITIATIVES, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>STEVEN EDWARD DICK and JANE DOE DICK, husband and wife; JIMMY JONES and SHARON JONES, husband and wife; FLOYD D. SCHNEIDER; and JOHN and JANE DOES 1-25,<br><br>　　　　　　Defendants. | No. CV2002-023934<br><br>**SUBPOENA DUCES TECUM**<br>**(Deposition and Records)** |

**THE STATE OF ARIZONA TO:**　　Mr. Timothy M. Mulligan
　　　　　　　　　　　　　　　　Forensic Advisors, Inc.
　　　　　　　　　　　　　　　　99 Maryland Avenue
　　　　　　　　　　　　　　　　Rockville, MD 20850

　　　　　　　　　　　　　　　　alternative address:

　　　　　　　　　　　　　　　　8101 Connecticut Avenue #N109
　　　　　　　　　　　　　　　　Chevy Chase, MD 20815

**DATE, TIME AND PLACE**
**OF APPEARANCE:**　　　　　　In accordance with subpoena to be issued by Montgomery County, Maryland Circuit Court

　　**YOU ARE COMMANDED** to bring with you and produce these books, papers, documents, or tangible things:

　　　　　　　　　　　　　**See attached Exhibit "A"**

**EXHIBIT 3**

You have been subpoenaed by Matrixx Initiatives, Inc., whose attorney's name, address, and telephone number is Kevin J. Parker, Snell & Wilmer, One Arizona Center, 400 East Van Buren, 19th Floor, Phoenix, Arizona 85004, (602) 382-6238.

**YOU ARE HEREBY NOTIFIED THAT ANY FAILURE TO OBEY THIS SUBPOENA WITHOUT ADEQUATE EXCUSE MAY BE DEEMED A CONTEMPT OF THIS COURT, AND A CIVIL ARREST WARRANT MAY BE ISSUED. A CIVIL ARREST IS AN ORDER DIRECTING ANY POLICE OFFICER IN ARIZONA TO ARREST YOU AND BRING YOU BEFORE THIS COURT FOR FUTURE PROCEEDINGS.**

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDINGS.**

### Your Duties In Responding To This Subpoena

You have the duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them to correspond with the categories set forth in this subpoena. See Rule 45(d)(1) of the Arizona Rules of Civil Procedure.

If this subpoena asks you to produce and permit inspection and copying of designated books, papers, documents, tangible things, or the inspection of premises, you need not appear to produce the items unless the subpoena states that you must appear for a deposition, hearing or trial. See Rule 45(c)(2)(A) of the Arizona Rules of Civil Procedure.

### Your Right To Object

The party or attorney serving the subpoena has a duty to take reasonable steps to avoid imposing an undue burden or expense on you. The Superior Court enforces this duty and may impose sanctions upon the party or attorney serving the subpoena if this duty is breached. *See* Rule 45(c)(1) of the Arizona Rules of Civil Procedure.

You may object to this subpoena if you feel that you should not be required to respond to the request(s) made. Any objection to this subpoena must be made within 14 days after it is served upon you, or before the time specified for compliance, by providing a written objection to the party or attorney serving the subpoena. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you object because you claim the information requested is privileged or subject to protection as trial preparation material, you must express the objection clearly, and support each objection with a description of the nature of the document, communication or item not produced so that the demanding party can contest the claim. *See* Rule 45(d)(2) of the Arizona Rules of Civil Procedure.

If you object to the subpoena in writing, you do not need to comply with the subpoena until a court orders you to do so. It will be up to the party or attorney serving

the subpoena to seek an order from the court to compel you to provide the documents or inspection requested, after providing notice to you. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you are not a party to the litigation, or an officer of a party, the court will issue an order to protect you from any significant expense resulting from the inspection and copying commanded. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

You may also file a motion in the superior court of the county in which the case is pending to quash or modify the subpoena if the subpoena:

(i) does not provide a reasonable time for compliance;
(ii) requires a non-party or officer of a party to travel to a county different from the county where the person resides or does business in person; or to travel to a county different from where the subpoena was served; or to travel to a place farther than 40 miles from the place of service; or to travel to a place different from any other convenient place fixed by an order of a court, except that a subpoena for you to appear and testify at trial can command you to travel from any place within the state;
(iii) requires the disclosure of privileged or protected information and no waiver or exception applies; or
(iv) subjects you to an undue burden. *See* Rule 45(c)(3)(A) of the Arizona Rules of Civil Procedure.

If this subpoena:

(i) requires disclosure of a trade secret or other confidential research, development, or commercial trade information; or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial travel expense;

The court may either quash or modify the subpoena, or the court may order you to appear or produce documents only upon specified conditions, if the party who served the subpoena shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that you will be reasonably compensated. *See* Rule 45(c)(3)(B) of the Arizona Rules of Civil Procedure.

SIGNED AND SEALED this date: _____AUG 1 7 2004_____

MICHAEL K. JEANES, Clerk

By _____ E. LEE
         Deputy Clerk

- 3 -

EXHIBIT __3__

## Exhibit "A"

### Definitions

For the purposes of these document requests, the following definitions apply:

A. "Matrixx" means Matrixx Initiatives, Inc., its predecessor Gum Tech International, Inc., and all subsidiaries and affiliates and officers and employees thereof.

B. "Matrixx Stock" means Matrixx securities, including but not limited to common stock, options, short sales, puts, calls and other transactions (NASDAQ trading symbol: MTXX, and formerly GUMM).

C. "Matrixx Products" means Matrixx products, including but not limited to the Zicam® line of products.

### Documents Requested

Please produce the following documents:

1. Any and all documents evidencing the individual(s) or entity (or entities) who requested that Forensic Advisors, Inc. prepare "The Eyeshade Report" dated August 26, 2003 on Matrixx Initiatives, Inc. ("Report"). This includes, but is not limited to, all receipts, correspondence, e-mails, and memoranda relating to the request.

2. Any and all documents regarding interaction with any person(s) or entity (or entities) referenced in the preceding request.

3. Any and all materials provided to or obtained by or used by Forensic Advisors, Inc. in preparation of the Report.

4. Any and all documents evidencing or supporting a factual basis for all of the assertions or allegations set forth in the Report.

5. Any and all documents evidencing the identity of any individuals who prepared a draft or any part of the Report.

6. Any and all documents evidencing the identity of all individuals or entities to whom the Report was provided.

EXHIBIT 3


7. Any and all documents regarding interaction with any person(s) or entity (or entities) who requested, suggested, prompted, encouraged, persuaded, or otherwise had any influence in the decision to prepare the Report.

8. Any and all documents regarding interaction with any person(s) or entity (or entities) who assisted, aided, supported, contributed, played a role, or otherwise had any influence in the production or content of the Report.

9. Any and all documents relating to or regarding interaction with an individual known on the Internet as "veritasconari," or showing the identity of such person.

10. Any and all documents relating to or regarding interaction with the individual Floyd D. Schneider.

11. Any and all documents relating to or regarding interaction with an individual known on the Internet as "Floydtheoneandonly," or showing the identity of such person.

12. Any and all documents relating to or regarding interaction with an individual known on the Internet as "charlesp0nzi," or showing the identity of such person.

13. Any and all documents relating to or regarding interaction with an individual known on the Internet as "thetruthseekercom," or showing the identity of such person.

14. Any and all documents relating to or regarding interaction with an individual known on the Internet as "gunnallenlies," or showing the identity of such person.

15. Any and all documents relating to or regarding interaction with an individual known on the Internet as "painfullyblunt2004," or showing the identity of such person.

16. Any and all documents relating to or regarding interaction with the individual Stephen Worthington.

17. Any and all documents relating to or regarding interaction with the individual John Fiero.

18. Any and all documents relating to or regarding interaction with the individual Anthony Elgindy.

19. All documentation relating to or reflecting the identity of the person using the internet alias "gunnallenlies."

20. All documentation relating to or reflecting the identity of the person using the internet alias "veritasconari."

21. All documentation relating to or reflecting the identity of any person posting on any internet message board on the topic of Matrixx.

22. Contact information (whether hard copy or computer stored) for all individuals or entities whom you believe or have been informed may have shorted Matrixx Stock at any time during 2003 or 2004.

23. All documentation referring to or reflecting any recommendations or tips relating to Matrixx Stock.

24. All memoranda or research reports or similar materials relating or referring to Matrixx Stock.

25. All newsletters relating or referring to Matrixx Stock.

1281668.29

EXHIBIT 3

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATRIXX INITIATIVES, INC., a Delaware corporation,<br><br>         Plaintiff,<br>v.<br><br>STEVEN EDWARD DICK and JANE DOE DICK, husband and wife; JIMMY JONES and SHARON JONES, husband and wife; FLOYD D. SCHNEIDER; and JOHN and JANE DOES 1-25,<br><br>         Defendants. | No. CV2002-023934<br><br>**AMENDED COMMISSION** |

THE STATE OF ARIZONA TO THE CLERK OR A COMMISSIONER OF THE

MONTGOMERY COUNTY COURT, STATE OF MARYLAND

GREETINGS:

We authorize you to cause to be issued an amended subpoena duces tecum for the taking of the deposition of the following individual:

   Mr. Timothy Mulligan
   Forensic Advisors, Inc.
   99 Maryland Avenue
   Rockville, MD  20850

   alternative address:

   8101 Connecticut Avenue #N109
   Chevy Chase, MD  20815

EXHIBIT  3

1 and to order such individual to produce documents, as described in the attached
2 Subpoena Duces Tecum, a copy of which has been filed with this Court and served upon
3 the parties as described in the Subpoena Duces Tecum.

                            Given under my hand and the seal of the Superior
Court of the State of Arizona, in and for the County of
Maricopa, this _____ day of August, 2004.

**COPY**

By:_____ AUG 2 4 2004
Deputy Clerk
Arizona Superior Court    MICHAEL K. JEANES, CLERK
Maricopa County              O. CARDENAS
                                                        DEPUTY CLERK

1281693.19

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

- 2 -

**EXHIBIT 3**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MATRIXX INITIATIVES, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>STEVEN EDWARD DICK and JANE DOE DICK, husband and wife; JIMMY JONES and SHARON JONES, husband and wife; FLOYD D. SCHNEIDER; and JOHN and JANE DOES 1-25,<br><br>Defendants. | No. CV2002-023934<br><br>**COMMISSION** |

THE STATE OF ARIZONA TO THE CLERK OR A COMMISSIONER OF THE

MONTGOMERY COUNTY COURT, STATE OF MARYLAND

GREETINGS:

We authorize you to cause to be issued a subpoena duces tecum for the taking of the deposition of the following individual:

> Mr. Timothy Mulligan
> Forensic Advisors, Inc.
> 99 Maryland Avenue
> Rockville, MD  20850
>
> alternative address:
>
> 8101 Connecticut Avenue #N109
> Chevy Chase, MD  20815

**EXHIBIT 3**

1  and to order such individual to produce documents, as described in the attached
2  Subpoena Duces Tecum, a copy of which has been filed with this Court and served upon
3  the parties as described in the Subpoena Duces Tecum.

          Given under my hand and the seal of the Superior Court of the State of Arizona, in and for the County of Maricopa, this _____ day of August, 2004.

By:_____
    Deputy Clerk
    Arizona Superior Court
    Maricopa County

*[Seal: MICHAEL K. JEANES, CLERK / E. LEE, DEPUTY CLERK / COPY / 2004]*

1281693.19

**EXHIBIT 3**

- 2 -



COPY

AUG 16 2004

MICHAEL K. JEANES, CLERK
D. CARDENAS
DEPUTY CLERK

1  Kevin J. Parker (#010408)
   Geoffrey S. Kercsmar (#020528)
2  Scott A. Schwartz (#022685)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   Phoenix, Arizona 85004-2202
4  (602) 382-6238
   Attorneys for Plaintiff
5

6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                   IN AND FOR THE COUNTY OF MARICOPA

8  MATRIXX INITIATIVES, INC., a
   Delaware corporation,                No. CV2002-023934
9
                  Plaintiff,            **APPLICATION FOR COMMISSION**
10 v.                                   **TO TAKE FOREIGN DEPOSITION**

11 STEVEN EDWARD DICK and JANE
   DOE DICK, husband and wife; JIMMY
12 JONES and SHARON JONES, husband
   and wife; FLOYD D. SCHNEIDER;
13 and JOHN and JANE DOES 1-25,

14                Defendants.

15

16     Plaintiff, by and through undersigned counsel, hereby moves the Court for its

17 Order, pursuant to the provisions of Rule 28(a), Ariz.R.Civ.P., directing the issuance of

18 the attached Commission to the appropriate judicial authority having jurisdiction over

19 civil actions in the Superior Court, Montgomery County, State of Maryland, for the

20 taking of the deposition of the following individual:

21        Mr. Timothy M. Mulligan
          Forensic Advisors, Inc.
22        99 Maryland Avenue
          Rockville, MD 20850
23
          alternative address:
24
          8101 Connecticut Avenue #N109
25        Chevy Chase, MD 20815

26

EXHIBIT 3

1  This Application is made on the grounds that said witness is not subject to the
2  jurisdiction of this Court, and a Commission is required by the jurisdiction in which the
3  above-listed entity resides for the taking of such deposition.

4  RESPECTFULLY SUBMITTED this 16th day of August, 2004.

5  SNELL & WILMER L.L.P.

7  By _____
8  Kevin J. Parker
   Geoffrey S. Kercsmar
9  Scott A. Schwartz
   One Arizona Center
10 Phoenix, Arizona 85004-2202
   Attorneys for Plaintiff

13 COPY of the foregoing mailed this
14 16th day of August, 2004, to:

15 Frank W. Moskowitz, Esq.
   BERK & MOSKOWITZ, P.C.
16 5665 North Scottsdale Road
   Suite F-100
17 Scottsdale, Arizona 85250-5959
   Attorneys for Defendant Floyd Schneider

19 _____
20 1281690.22

**EXHIBIT 3**

- 2 -

1  Kevin J. Parker (#010408)
   Geoffrey S. Kercsmar (#020528)
2  Scott A. Schwartz (#022685)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   Phoenix, Arizona 85004-2202
4  (602) 382-6238
   Attorneys for Plaintiff
5

6           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7              IN AND FOR THE COUNTY OF MARICOPA

8  MATRIXX INITIATIVES, INC., a
   Delaware corporation,                    No. CV2002-023934
9
                Plaintiff,                  AMENDED SUBPOENA DUCES
10 v.                                       TECUM (Deposition and Records)

11 STEVEN EDWARD DICK and JANE
   DOE DICK, husband and wife; JIMMY
12 JONES and SHARON JONES, husband
   and wife; FLOYD D. SCHNEIDER;
13 and JOHN and JANE DOES 1-25,

14              Defendants.

15

16 THE STATE OF ARIZONA TO:     Mr. Timothy M. Mulligan
                                 Forensic Advisors, Inc.
17                               99 Maryland Avenue
                                 Rockville, MD 20850
18
                                 alternative address:
19
                                 8101 Connecticut Avenue #N109
20                               Chevy Chase, MD 20815

21 DATE, TIME AND PLACE          Friday, October 22, 2004, 10:00 a.m.
   OF APPEARANCE:                Capitol Process Services
22                               9892 Hollow Glen Place
                                 Silver Spring, MD 20910-1138
23

24      **YOU ARE COMMANDED** to bring with you and produce these books, papers,
   documents, or tangible things:
25
                    **See attached Exhibit "A"**
26

**EXHIBIT 3**

You have been subpoenaed by Matrixx Initiatives, Inc., whose attorney's name, address, and telephone number is Kevin J. Parker, Snell & Wilmer, One Arizona Center, 400 East Van Buren, 19th Floor, Phoenix, Arizona 85004, (602) 382-6238.

**YOU ARE HEREBY NOTIFIED THAT ANY FAILURE TO OBEY THIS SUBPOENA WITHOUT ADEQUATE EXCUSE MAY BE DEEMED A CONTEMPT OF THIS COURT, AND A CIVIL ARREST WARRANT MAY BE ISSUED. A CIVIL ARREST IS AN ORDER DIRECTING ANY POLICE OFFICER IN ARIZONA TO ARREST YOU AND BRING YOU BEFORE THIS COURT FOR FUTURE PROCEEDINGS.**

**REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE DIVISION ASSIGNED TO THE CASE BY PARTIES AT LEAST THREE JUDICIAL DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDINGS.**

### Your Duties In Responding To This Subpoena

You have the duty to produce the documents requested as they are kept by you in the usual course of business, or you may organize the documents and label them to correspond with the categories set forth in this subpoena. See Rule 45(d)(1) of the Arizona Rules of Civil Procedure.

If this subpoena asks you to produce and permit inspection and copying of designated books, papers, documents, tangible things, or the inspection of premises, you need not appear to produce the items unless the subpoena states that you must appear for a deposition, hearing or trial. See Rule 45(c)(2)(A) of the Arizona Rules of Civil Procedure.

### Your Right To Object

The party or attorney serving the subpoena has a duty to take reasonable steps to avoid imposing an undue burden or expense on you. The Superior Court enforces this duty and may impose sanctions upon the party or attorney serving the subpoena if this duty is breached. *See* Rule 45(c)(1) of the Arizona Rules of Civil Procedure.

You may object to this subpoena if you feel that you should not be required to respond to the request(s) made. Any objection to this subpoena must be made within 14 days after it is served upon you, or before the time specified for compliance, by providing a written objection to the party or attorney serving the subpoena. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you object because you claim the information requested is privileged or subject to protection as trial preparation material, you must express the objection clearly, and support each objection with a description of the nature of the document, communication or item not produced so that the demanding party can contest the claim. *See* Rule 45(d)(2) of the Arizona Rules of Civil Procedure.

**EXHIBIT 3**

If you object to the subpoena in writing, you do not need to comply with the subpoena until a court orders you to do so. It will be up to the party or attorney serving the subpoena to seek an order from the court to compel you to provide the documents or inspection requested, after providing notice to you. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

If you are not a party to the litigation, or an officer of a party, the court will issue an order to protect you from any significant expense resulting from the inspection and copying commanded. *See* Rule 45(c)(2)(B) of the Arizona Rules of Civil Procedure.

You may also file a motion in the superior court of the county in which the case is pending to quash or modify the subpoena if the subpoena:

(i)   does not provide a reasonable time for compliance;
(ii)  requires a non-party or officer of a party to travel to a county different from the county where the person resides or does business in person; or to travel to a county different from where the subpoena was served; or to travel to a place farther than 40 miles from the place of service; or to travel to a place different from any other convenient place fixed by an order of a court, except that a subpoena for you to appear and testify at trial can command you to travel from any place within the state;
(iii) requires the disclosure of privileged or protected information and no waiver or exception applies; or
(iv)  subjects you to an undue burden. *See* Rule 45(c)(3)(A) of the Arizona Rules of Civil Procedure.

If this subpoena:

(i)   requires disclosure of a trade secret or other confidential research, development, or commercial trade information; or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party; or
(iii) requires a person who is not a party or an officer of a party to incur substantial travel expense;

The court may either quash or modify the subpoena, or the court may order you to appear or produce documents only upon specified conditions, if the party who served the subpoena shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that you will be reasonably compensated. *See* Rule 45(c)(3)(B) of the Arizona Rules of Civil Procedure.

SIGNED AND SEALED this date: _____

MICHAEL K. JEANES, Clerk

COPY

AUG 2 4 2004

By _____
Deputy Clerk

MICHAEL K. JEANES, CLERK
J. CARDENAS
DEPUTY CLERK

-3-

EXHIBIT 3

## Exhibit "A"

### Definitions

For the purposes of these document requests, the following definitions apply:

A. "Matrixx" means Matrixx Initiatives, Inc., its predecessor Gum Tech International, Inc., and all subsidiaries and affiliates and officers and employees thereof.

B. "Matrixx Stock" means Matrixx securities, including but not limited to common stock, options, short sales, puts, calls and other transactions (NASDAQ trading symbol: MTXX, and formerly GUMM).

C. "Matrixx Products" means Matrixx products, including but not limited to the Zicam® line of products.

### Documents Requested

Please produce the following documents:

1. Any and all documents evidencing the individual(s) or entity (or entities) who requested that Forensic Advisors, Inc. prepare "The Eyeshade Report" dated August 26, 2003 on Matrixx Initiatives, Inc. ("Report"). This includes, but is not limited to, all receipts, correspondence, e-mails, and memoranda relating to the request.

2. Any and all documents regarding interaction with any person(s) or entity (or entities) referenced in the preceding request.

3. Any and all materials provided to or obtained by or used by Forensic Advisors, Inc. in preparation of the Report.

4. Any and all documents evidencing or supporting a factual basis for all of the assertions or allegations set forth in the Report.

5. Any and all documents evidencing the identity of any individuals who prepared a draft or any part of the Report.

6. Any and all documents evidencing the identity of all individuals or entities to whom the Report was provided.

- 4 -

EXHIBIT 3

7. Any and all documents regarding interaction with any person(s) or entity (or entities) who requested, suggested, prompted, encouraged, persuaded, or otherwise had any influence in the decision to prepare the Report.

8. Any and all documents regarding interaction with any person(s) or entity (or entities) who assisted, aided, supported, contributed, played a role, or otherwise had any influence in the production or content of the Report.

9. Any and all documents relating to or regarding interaction with an individual known on the Internet as "veritasconari," or showing the identity of such person.

10. Any and all documents relating to or regarding interaction with the individual Floyd D. Schneider.

11. Any and all documents relating to or regarding interaction with an individual known on the Internet as "Floydtheoneandonly," or showing the identity of such person.

12. Any and all documents relating to or regarding interaction with an individual known on the Internet as "charlesp0nzi," or showing the identity of such person.

13. Any and all documents relating to or regarding interaction with an individual known on the Internet as "thetruthseekercom," or showing the identity of such person.

14. Any and all documents relating to or regarding interaction with an individual known on the Internet as "gunnallenlies," or showing the identity of such person.

15. Any and all documents relating to or regarding interaction with an individual known on the Internet as "painfullyblunt2004," or showing the identity of such person.

EXHIBIT 3

16. Any and all documents relating to or regarding interaction with the individual Stephen Worthington.

17. Any and all documents relating to or regarding interaction with the individual John Fiero.

18. Any and all documents relating to or regarding interaction with the individual Anthony Elgindy.

19. All documentation relating to or reflecting the identity of the person using the internet alias "gunnallenlies."

20. All documentation relating to or reflecting the identity of the person using the internet alias "veritasconari."

21. All documentation relating to or reflecting the identity of any person posting on any internet message board on the topic of Matrixx.

22. Contact information (whether hard copy or computer stored) for all individuals or entities whom you believe or have been informed may have shorted Matrixx Stock at any time during 2003 or 2004.

23. All documentation referring to or reflecting any recommendations or tips relating to Matrixx Stock.

24. All memoranda or research reports or similar materials relating or referring to Matrixx Stock.

25. All newsletters relating or referring to Matrixx Stock.

1281668.29

EXHIBIT 3